# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregg Hollingsworth,<br><br>      Plaintiff,<br><br>v.<br><br>Scottsdale Paint & Body LLC,<br><br>      Defendant. | No. CV-16-01668-PHX-ROS<br><br>**ORDER** |

The Court has reviewed the Parties' Stipulation for Dismissal with Prejudice. Because this case involves claims under the Fair Labor Standards Act, a dismissal with prejudice without the Court reviewing the circumstances surrounding that dismissal is not appropriate. *See Rodriguez v. Cobbleston Auto Spa & Market XI LLC*, CV-15-1506-PHX-ROS (D. Ariz. Jan. 4, 2016). Therefore, the Court will dismiss this case without prejudice unless prior to December 7, 2016, the Parties file a supplement justifying their request to dismiss this case with prejudice.

Accordingly,

**IT IS ORDERED** the stipulation (Doc. 10) is **DENIED**.

**IT IS FURTHER ORDERED** on December 7, 2016, the Clerk of Court is directed to enter a judgment of dismissal without prejudice unless the Parties have submitted a supplement prior to that date.

Dated this 30th day of November, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge