# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregg Hollingsworth,<br><br>        Plaintiff,<br><br>v.<br><br>Scottsdale Paint & Body LLC,<br><br>        Defendant. | NO. CV-16-01668-PHX-ROS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 30, 2016, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

December 9, 2016

By  s/ Linda Patton
    Deputy Clerk